UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JULIE ANN CODY,

    Plaintiff,

vs.                           Case No. 3:23-cv-568-MMH-SJH

TWIN RIVERS TRUCKING, LLC,
and MICHAEL JAMES CREWS,

    Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Defendants' Notice of Filing Supplemental Rule 3.01(g) Certification Regarding Defendants' Daubert Motion Regarding Plaintiff's Expert Adam Grill and Incorporated Memorandum of Law in Support (Doc. 88; Notice), filed on October 24, 2025. In the Notice, Defendants supplement their Daubert Motion Regarding Plaintiff's Expert Adam Grill and Incorporated Memorandum of Law in Support (Doc. 83; Motion), filed on October 22, 2025, with the certification required under Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)). However, upon review of the Notice, the Court is unable to discern whether Plaintiff agrees on the resolution of part of the Motion. Specifically, Defendants state that "Plaintiff disagrees on the

resolution of all or part of the Motion." See Notice at 1. Due to the ambiguity in this phrasing, the Court will direct Defendants to clarify whether Plaintiff agrees to the resolution of part of the Motion, and if so, to indicate which part.

Accordingly, it is

**ORDERED:**

On or before **November 5, 2025**, Defendants shall file a supplement to the Motion (Doc. 83) with the requisite Local Rule 3.01(g) Certification, clarifying whether Plaintiff agrees to the resolution of part of the Motion, and, if so, indicating which part Plaintiff agrees to.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of October, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc35
Copies to:
Counsel of Record