UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JULIE ANN CODY,

    Plaintiff,

vs.                                      Case No. 3:23-cv-568-MMH-SJH

TWIN RIVERS TRUCKING, LLC,
and MICHAEL JAMES CREWS,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Remand (Doc. 95; Motion), filed on November 7, 2025. Upon review, the Motion is entirely lacking in merit and due to be denied.

On May 12, 2023, Defendants removed this action from state court to this Court. See Notice of Removal (Doc. 1; Notice). In the Notice, Defendants assert that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. See Notice ¶ 13. However, upon review of the Notice and the attached Complaint (Doc. 3), the Court was unable to determine whether it has jurisdiction over this action because Defendants failed to properly allege the citizenship of Defendant Twin Rivers Trucking, LLC (Twin Rivers). As such, on May 18, 2023, the Court entered an Order (Doc. 5), outlining the deficiencies of

the Notice and directing Defendants to file a jurisdictional supplement. See Order. On June 21, 2023, Defendants filed a jurisdictional supplement, adequately alleging the citizenship of Twin Rivers. See Defendants' Response to June 8, 2023 Order to Show Cause and Jurisdictional Supplement (Doc. 13; Supplement) ¶ 6. As such, the Court determined that it has subject matter jurisdiction over this action, see Endorsed Order (Doc. 14), entered on June 26, 2023, and the parties proceeded to litigate this case in this Court.

Now, over two years after Defendants filed their Notice and Supplement, Plaintiff asserts that this case should be remanded because "Defendants' notice of removal fails to allege complete diversity of citizenship between Plaintiff and Defendants." See Motion at 3. In doing so, Plaintiff points to Defendants' failure to adequately allege Twin Rivers' citizenship in the Notice. See id. at 3–4. But a cursory review of the docket reveals that Plaintiff's argument is meritless. Indeed, as previously stated, while Defendants failed to properly allege Twin Rivers' citizenship in the Notice, Defendants corrected this error by providing the required information in their Supplement. See Supplement ¶ 6. And, upon review, the Court noted that it has diversity jurisdiction over this action. See

Endorsed Order. As such, Plaintiff's argument is frivolous, and the Motion must be denied.[1]

Accordingly, it is

**ORDERED:**

Plaintiff's Motion to Remand (Doc. 95) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of November, 2025.

MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:

Counsel of Record

---

[1] The Court cautions Plaintiff's counsel to be cognizant of the duty of candor to the Court and the requirements of Rule 11 of the Federal Rules of Civil Procedure. Counsel should take care to ensure that any future filings accurately reflect the record in this case. Future misrepresentations may result in the imposition of sanctions.